PROB 12C
(7/93)

Report Date: July 15, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Romero-Romero    Case Number: 0980 2:13CR06032-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 8, 2013

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison 6 months; TSR - 36 months    Type of Supervision: TSR |
| Asst. U.S. Attorney: | Mary Dimke    Date Supervision Commenced: 12/3/2013 |
| Defense Attorney: | Alex B. Hernandez, III    Date Supervision Expires: 12/2/2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Romero-Romero is considered to be in violation of his conditions of supervised release by committing the offense of driving with license suspended 3rd degree and false reporting 2nd degree on or about March 12, 2015, under case numbers K15Y64096 and K00064097 in Benton County District Court.

2    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Romero-Romero is considered to be in violation of his conditions of supervised release by committing the offense of driving with license suspended 3rd degree, driving under the influence, and false statement to a public servant on or about April 9, 2015, under case numbers 5Z0044498 and 5Z0044497 in Benton County District Court.

...

Prob12C
**Re: Romero-Romero, Daniel**
**July 15, 2015**
**Page 2**

    3    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

        **Supporting Evidence**: Mr. Romero-Romero is considered to be in violation of his conditions of supervised release by committing the offense of failing to identify self to a law enforcement officer on or about July 6, 2015, under case number 5Z0729394 in Benton County District Court.

    4    **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

        **Supporting Evidence**: Mr. Romero-Romero is considered to be in violation of his conditions of supervised release on or before March 12, 2015. Mr. Romero-Romero was last deported from the United States on January 23, 2014, out of El Paso, Texas. He has failed to contact the U.S. Probation Office since his reentry.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/15/2015

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer
July 15, 2015

Date